445 A.2d 239

Commonwealth v. Atwell, Appellant.
Petition for Allowance of Appeal Denied Aug. 20, 1982.

Argued April 15, 1980. Timothy R. Bonner, for appellant; Ross E. Cardas, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

The judgment of sentence is affirmed on the comprehensive opinion of the Honorable Albert E. Acker.